AO 455(Rev. 5/85) Waiver of Indictment

FILED
DEC - 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

CESAR HERNANDEZ-GUILLEN

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3287-IEG

I, CESAR HERNANDEZ-GUILLEN the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/6/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Cesar Hernandez
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER