**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

08 JAN 22 PM 4:19

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CESAR HERNANDEZ-GUILLEN, Defendant. | CASE NO. 07CR3287-IEG<br>BY: DEPUTY<br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/16/2008

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ENTERED ON ____________