**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

08 JAN 22 PM 4:19

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CESAR HERNANDEZ-GUILLEN,

Defendant.

CASE NO. 07CR3287-IEG

BY: DEPUTY

**JUDGMENT OF DISMISSAL**

FILED
JAN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/16/2008

[signature]

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal ~~Judgement and Commitment~~ on 1/23/08

United States Marshal

By: [signature]
USMS Criminal Section

ENTERED ON ______________